Roger G. Segal (2908)
Chapter 7 Trustee
COHNE, RAPPAPORT & SEGAL, P.C.
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah  84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                              :
                                    :     Bankruptcy No. 08-28282 JAB
MARK SUMMERS                        :
                                    :     [Chapter 7]
                              --ooOoo--

## DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

|     |   |   |
|-----|---|---|
| XX  | A | The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed.  The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or |
| ___ | B | The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010. |

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---------|----------------------------------|------------|
|         | RBS Citizens<br>480 Jefferson Blvd.<br>Warwick, RI 02886 | $657.78 |

The addresses listed above constitute the last known address of the creditors in question.  The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: March 1, 2010

_____
Roger G. Segal, Trustee